1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *Las Vegas Metropolitan Police Department*
   *And Joseph Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| TROY MELNEK, <br><br>         Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, CODY PHINNEY, JO MALAY, and DOES I – V, and ROE CORPORATIONS I – V, inclusive <br><br>         Defendants. | CASE NO. 2:23-cv-1303-GMN-VCF <br><br> **PROPOSED STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSES (ECF No. 12 and ECF No. 13) TO DEFENDANT'S MOTION TO DISMISS (ECF 8) AND MOTION FOR SUMMARY JUDGMENT (ECF No. 9)** <br><br> **(FIRST REQUEST)** |

Plaintiff Troy Melnek, ("Plaintiff"), by and through his undersigned counsel of record, and Defendants Las Vegas Metropolitan Police Department and Joseph Lomardo ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1.    On November 17, 2023, Defendants filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 8);

2.    On November 17, 2023, Defendants filed a Motion for Summary Judgment Pursuant to FRCP 56(d) (ECF No. 9)

132718813.1

3. Plaintiff timely filed his Responses (ECF No. 12 and ECF No. 13) on November 30, 2023.

4. Due to the complexity of the issues, Defendants require additional time to file their reply brief, from the current deadline of December 7, 2023 through and including December 21, 2023.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. This is the first stipulation for extension of time to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and Motion for Summary Judgment Pursuant to FRCP 56(d).

DATED this 5th day of December, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

DATED this 5th day of December, 2023.

LAW OFFICE OF DAVID SAMPSON

*/s/ David F. Sampson*
DAVID F. SAMPSON
Nevada Bar No. 6811
630 South Third Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED:

Dated this   5   day of   December  , 2023.

_____
UNITED STATES DISTRICT JUDGE

132718813.1

2