AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Senior Deputy Attorney General
Pierron Tackes (Bar No. 14627)
  Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702)486-3420 (phone)
(702)486-3773 (fax)
jwhelan@ag.nv.gov
ptackes@ag.nv.gov

*Attorneys for Defendants*
*Department of Health & Human Services,*
*Division of Public & Behavioral Health,*
*Cody Phinney, and Jo Malay*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY MELNEK,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH, DEPARTMENT OF HEALTH AND HUMAN SERVICES, CODY PHINNEY, JO MALAY, and DOES I – V, and ROE CORPORATIONS I – V, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-1303-GMN-VCF<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO SUBMIT THEIR REPLY IN SUPPORT OF MOTION TO DISMISS** |

Defendants DEPARTMENT OF HEALTH AND HUMAN SERVICES ("DHHS"), DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (DPBH), a political subdivision of the State of Nevada, CODY PHINNEY, in her official capacity as Administrator of DPBH, and JO MALAY, in her official capacity as Deputy Administrator of DPBH, (collectively "State Defendants") and Plaintiff TROY MELNEK, by and through their respective counsel, hereby submit this Stipulation and Order Extending Time for Defendants to Submit their Reply in Support of Motion to Dismiss, with a current deadline of December

28, 2023. The parties respectfully request that the Court extend said deadline for an additional seven (7) days, up to and including January 4, 2024.

Although Defendants' counsel has been working on the Reply in Support of Motion to Dismiss, counsel requires an extension to complete the Reply in light of the Christmas holiday and counsel's holiday travel. This request for extension is made in good faith and is not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Defendants to file their Reply in Support of Motion to Dismiss be extended by seven (7) days up to and including January 4, 2024.

DATED this 28th day of December, 2023.

AARON D. FORD
Attorney General

By: /s/ *Jessica E. Whelan*
   Jessica E. Whelan (Bar No. 14781)
    Senior Deputy Attorney General
   Pierron Tackes (Bar No. 14627)
    Senior Deputy Attorney General
   555 E. Washington, Suite 3900
   Las Vegas, NV 89101

*Attorneys for Department of Health & Human Services, Division of Public & Behavioral Health, Cody Phinney, and Jo Malay*

DATED this 28th day of December, 2023.

THE LAW OFFICE OF DAVID SAMPSON, LLC

By: /s/ *David F. Sampson*
   David F. Sampson (Bar No. 6811)
   630 South Third St.
   Las Vegas, NV 89101

*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

DATED this __29__ day of December, 2023.

_____
DISTRICT COURT JUDGE