AARON D. FORD
Attorney General
SHARON L. BENSON
Chief Deputy Attorney General
NV Bar No. 8964
JESSICA E. WHELAN
Deputy Solicitor General
NV Bar No. 14781
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2100
Facsimile: (775) 688-1822
sbenson@ag.nv.gov
jwhelan@ag.nv.gov

*Attorneys for Defendants*
*Department of Health & Human Services,*
*Division of Public & Behavioral Health,*
*Cody Phinney, and Jo Malay*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TROY MELNEK, | Case No. 2:23-cv-01303-GMN-MDC |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH, CODY PHINNEY, JO MALAY, and DOES I – V, and ROE CORPORATIONS I – V, inclusive, | |
| Defendants. | |

Defendants DEPARTMENT OF HEALTH AND HUMAN SERVICES ("DHHS"), DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (DPBH), a political subdivision of the State of Nevada, CODY PHINNEY, in her official capacity as Administrator of DPBH, and JO MALAY, in her official capacity as Deputy Administrator of DPBH, (collectively "State Defendants") by and through Attorney General AARON D. FORD, Chief Deputy Attorney General SHARON BENSON, and Deputy Solicitor General JESSICA E. WHELAN hereby provide notice to this court and respective parties that

Chief Deputy Attorney General, Sharon Benson has assumed responsibility for representing the interest of State Defendants in this action.

Deputy Attorney General Pierron Tackes is no longer responsible for the handling of this case.

It is requested that all future pleadings and notices be served upon, and any contact by the court personnel or Plaintiff be directed to the undersigned counsel.

RESPECTFULLY SUBMITTED this 18th day of December, 2024.

AARON D. FORD
Attorney General

By: */s/ Sharon L. Benson*
SHARON L. BENSON
Chief Deputy Attorney General
JESSICA E. WHELAN
Deputy Solicitor General

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 1-7-25

**CERTIFICATE OF SERVICE**

      I hereby certify that I am an employee of the Office of the Attorney General of the State of Nevada and that on this 18th day of December, 2024, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL, via this Court's electronic filing system. The following parties who are registered with this Court's electronic filing system will be served electronically:

David F. Sampson, Esq.
LAW OFFICE OF DAVID SAMPSON
630 South Third St.
Las Vegas NV 89101
david@davidsampsonlaw.com

Robert W. Freeman
E. Matthew Freeman
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
Robert.Freeman@lewisbrisbois.com
Matt.Freeman@lewisbrisbois.com

                                              */s/ Kahra Stenberg*
                                              An Employee of the Office
                                              of the Attorney General