1

AARON D. FORD
  Attorney General

2

COURTNEY E. LEVERTY
  Deputy Attorney General

3

Nevada Bar No. 8544
State of Nevada

4

Office of the Attorney General
5420 Kietzke Lane, Suite 202

5

Reno, Nevada 89511
Telephone: (775) 687-2100

6

Facsimile: (775) 688-1822
cleverty@ag.nv.gov

7

8

*Attorneys for Defendants*
*Department of Health and Human Services*

9

*Division of Public and Behavioral Health,*
*Cody Phinney and Jo Malay*

10

11

## UNITED STATES DISTRICT COURT

12

## DISTRICT OF NEVADA

13

TROY MELNEK,

Case No.: 2:23-cv-01303-GMN-MDC

14

Plaintiff,

15

vs.

**STIPULATION AND ORDER OF DISMISSAL OF THE DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (DPBH), AND CODY PHINNEY AND JO MALAY, IN THEIR OFFICIAL CAPACITIES, WITH PREJUDICE**

16

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, DIVISION OF PUBLIC AND

17

BEHAVIORAL HEALTH, DEPARTMENT OF HEALTH AND HUMAN SERVICES,

18

CODY PHINNEY, JO MALAY, and DOES I – V, and ROE CORPORATIONS I – V,

19

inclusive,

20

Defendants.

21

22

THE FOLLOWING IS HEREBY STIPULATED by and between Defendant

23

DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PUBLIC AND

24

BEHAVIORAL HEALTH ("DPBH"), a political subdivision of the State of Nevada, CODY

25

PHINNEY ("PHINNEY"), in her official capacity as Administrator of DPBH, and JO

26

MALAY ("MALAY") in her official capacity as Deputy Administrator of DPBH (collectively

27

28

referred to as "STATE DEFENDANTS") and Plaintiff, TROY MELNEK ("MELNEK"), by and through their respective attorneys of record.

1. In MELNEK'S Second Amended Complaint, filed on February 5, 2025, against State Defendants, MELNEK brought four causes of action against STATE DEFENDANTS: (1) a Due Process violation pursuant to the Fourteenth Amendment and the Nevada Constitution for failure to make a bed available, (2) a Cruel And Unusual Punishment violation, (3) a Due Process violation pursuant to the Fourteenth Amendment and the Nevada Constitution for failure to convey MELNEK for treatment; and (4) an Equal Protection violation pursuant to the Fourteenth Amendment and the Nevada Constitution.

2. In the Court's order of May 10, 2024, the Court found MELNEK'S Complaint against DPBH, a Nevada State agency, immune from suit for money damages pursuant to the Eleventh Amendment; and as such, when MELNEK realleged DPBH again in its Amended Complaint on January 15, 2025, the Court dismissed MELNEK'S 42 U.S.C. §1983 claim against DPBH, with prejudice.  ECF 69 5:17-21.  For those reasons, the parties agree to dismiss the constitutional violations brought in MELNEK'S Second Amended Complaint against DPBH with prejudice.

3. On January 15, 2025, the Court dismissed PHINNEY and MALAY in their official capacities, with prejudice, finding MELNEK'S Amended Complaint, "lump[ed] together… multiple defendants in one broad allegation failing to satisfy the notice requirement of Rule 8(a)(2). "ECF 69 6:10-17; (citing *Gen-Probe, Inc. v. Amoco Corp., Inc.*, 926 F. Supp. 948, 961 (S.D. Cal. 1996) (also citing *Gauvin v. Trombatore*, 682 F. Supp. 1067, 1071 (N.D. Cal. 1988). The Court found MELNEK'S Amended Complaint contained only one allegation specific to PHINNEY and MALAY – an allegation stating their job titles at DPBH – and did not specifically identify "what action each Defendant took that caused Plaintiff's

harm, without resorting to generalized allegations against Defendants as a whole." ECF 69, 6: 17-23 (citing *In re iPhone Application Litig.,* No. 11-MD-02250-LHK, 2011 WL 4403963, at *3 (N.D. Cal. Sept. 20, 2011).

4. On January 15, 2025, the Court also found MELNEK'S Amended Complaint lumped all STATE DEFENDANTS in his causes of action for cruel and unusual punishment and equal protection violations.  Therefore, the parties agree to dismiss the constitutional violations brought in MELNEK'S Second Amended Complaint against PHINNEY and MALAY, in their official capacities, with prejudice.

IT IS HEREBY STIPULATED by and between the parties, hereto, by their respective attorneys of records as follows:

1. MELNEK agrees, based on the Court's prior orders, that all claims for money recovery against DPBH as set forth in the Second Amended Complaint be dismissed.

2. MELNEK agrees, based on the Court's prior orders, that all claims for money recovery against PHINNEY and MALAY in their official capacities, as set forth in the Second Amended Complaint, be dismissed.

3. MELNEK agrees to file a motion to amend the caption to reflect the proper STATE DEFENDANTS remaining in the case.

4. MELNEK'S state law claims breach of contract, negligent infliction of emotional distress, and intentional infliction of emotional distress are not addressed in this Stipulation.

…

…

…

1    5.  MELNEK's claims against PHINNEY and MALAY in their individual capacities

2       are not addressed in this Stipulation.

3    DATED this 11th day of March 2025.              DATED this 11th day of March 2025.

4

5    AARON D. FORD                                   LAW OFFICE OF DAVID SAMPSON
     Attorney General

6    By: */s/ Courtney E. Leverty*              By: */s/ David F. Sampson*
7       COURTNEY E. LEVERTY                          DAVID F. SAMPSON, ESQ.

8                                   **ORDER**

         **IT IS SO ORDERED:**  MELNEK'S 42 U.S.C. §1983 claim against DPBH is
9
     DISMISSED, with prejudice. The 42 U.S.C. §1983 claim against Phinney and Malay in their
10
     official capacities is DISMISSED, with prejudice.
11
         DATED this __11__ day of March 2025.
12

13                                   _____

14                                   GLORIA M. NAVARRO, District Judge
                                     UNITED STATES DISTRICT COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 11th day of March 2025, I filed the foregoing **STIPULATION AND ORDER OF DISMISSAL OF THE DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (DPBH), AND CODY PHINNEY AND JO MALAY, IN THEIR OFFICIAL CAPACITIES, WITH PREJUDICE** and served via this Court's Electronic Filing System to the following interested parties:

ROBERT W. FREEMAN
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

DAVID F. SAMPSON
LAW OFFICE OF DAVID SAMPSON
630 South Third Street
Las Vegas, Nevada 89101
David@davidsampsonlaw.com

*/s/ Gina Hinds*
AG Legal Secretary