**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Troy Melnek,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　　Defendant(s). | 2:23-cv-01303-GMN-MDC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXEMPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE (ECF NO. 116)** |

Defendants Las Vegas Metropolitan Police Department and Joseph Lombardo filed *a Motion for Exemption of Attendance Requirement at the Settlement Conference* ("Motion") (ECF No. 116). The Court **GRANTS** the Motion.

Defendants request that Joseph Lombardo be excepted from the attendance requirement because he is now the Governor of Nevada, he has no authority to settle, and a representative of the LVMPD will be at the conference. *ECF No. 116*. Plaintiff opposes the request on the basis that defendants should not be excused from mandatory court proceedings based on their job title. *ECF No. 117*. Plaintiff argues in the alternative that if Lombardo is not required to appear, that plaintiff also be afforded an accommodation to appear virtually. The Court finds that defendant Lombardo has shown good cause to be excused from the settlement conference because (1) he does not have the authority to settle this case on behalf of the LVMPD and (2) the LVMPD representative will have the authority to settle. The Court also accommodates the request to convert the settlement conference to a virtual one for the convenience of all parties.

//

//

1

IT IS ORDERED that:

1. Defendant Las Vegas Metropolitan Police Department and Joseph Lombardo filed a Motion for Exemption of Attendance Requirement at the Settlement Conference (ECF No. 116) is **GRANTED.**

2. The Settlement Conference (ECF No. 115) is **CONVERTED** to a virtual settlement conference via Zoom. The Court will email counsel the Zoom link once they email their confidential statement.

3. The rest of the Court's prior Order (ECF No. 115) **REMAINS** in full force.

Dated: November 7, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge