AARON D. FORD
  Attorney General
DIANA COLLINS (Bar. No. 16828)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
P: (702) 486-3107
F: (702) 486-3871
dlcollins@ag.nv.gov

*Attorneys for Respondents*
*Department of Health and Human Services*
*Division of Public and Behavioral Health,*
*Cody Phinney and Jo Malay, Muri-Stein Hospital*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY MELNEK,<br><br>        Petitioner,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, CODY PHINNEY in her individual capacity, JO MALAY, in her individual capacity, STEIN HOSPTIAL, and DOES I – V, and ROE CORPORATIONS I – V, inclusive,<br><br>        Respondents. | Case No. 2:23-CV-01303-GMN-VCF<br><br>**ORDER OF PARTIAL DISMISSAL** |

      Plaintiff TROY MELNEK and Defendant, MURI-STEIN HOSPITAL, CODY PHINNY, AND JO MALAY, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action against MURI-STEIN HOSPITAL, CODY PHINNEY, and JO MALAY only, with each party bearing that party's own attorney's fees and costs.

. . .

. . .

. . .

This Stipulation represents a partial dismissal as to all claims and causes of action against MURI-STEIN HOSPITAL, CODY PHINNEY, and JO MALAY only. All claims and causes of actions against the remaining Defendants named herein shall continue.

Dated this 18th day of November, 2025.

    AARON D. FORD
    Attorney General

    By: /s/ Diana Collins
    DIANA COLLINS (Bar. No. 16828)
    Deputy Attorney General

Dated this 18th day of November, 2025.

    DAVID SAMPSON
    Law Office of David Sampson

    By: /s/ David Sampson
    DAVID SAMPSON (Bar. No. 6811)
    Attorney For Plaintiff

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action against MURI-STEIN HOSPITAL, CODY PHINNEY, and JO MALAY only, with each party bearing that party's own attorney's fees and costs. All claims and causes of actions against the remaining Defendants named herein shall continue.

**IT IS SO ORDERED.**

Dated this __20__ day of November, 2025

    _____
    Gloria M. Navarro, District Judge
    United States District Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 18th day of November, 2025, I served a copy of the foregoing STIPULATION OF DISMISSAL PARTIAL DISMISSAL [FRCP 41(A)] AND ORDER OF PARTIAL DISMISSAL, by U.S. District Court CM/ECF electronic filing to:

DAVID F. SAMPSON
LAW OFFICE OF DAVID SAMPSON
630 South Third Street
Las Vegas, Nevada 89101
David@davidsampsonlaw.com

ROBERT W. FREEMAN
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

/s/ Lanette Davis
An Employee of the Office of the Attorney General

| | |
|---|---|
| From: | David Sampson |
| To: | Diana L. Collins; David Sampson |
| Cc: | amanda@davidsampsonlaw.com |
| Subject: | Re: Melnek Stipulation of Dismissal |
| Date: | Tuesday, November 18, 2025 2:25:03 PM |
| Attachments: | Stipulation of Dismissal2.docx |

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I have made a few edits and attached the same hereto. You may affix my e-signature to this (attached) version and file the same.

Thank you,

On Tue, Nov 18, 2025 at 2:16 PM Diana L. Collins <dlcollins@ag.nv.gov> wrote:

> Please see the attached revised Stipulation for your review and signature.
>
> Diana L. Collins
>
> Deputy Attorney General – Health & Human Services Division
>
> Office of the Nevada Attorney General
>
> 1 State of Nevada Way, Suite 100
>
> Las Vegas, Nevada 89119
>
> P: (702) 486-3107; F: (702) 486-3871
>
> dlcollins@ag.nv.gov
>
> 
>
> From: David Sampson <david@davidsampsonlaw.com>

**Sent:** Tuesday, November 18, 2025 1:56 PM
**To:** Diana L. Collins <dlcollins@ag.nv.gov>; David Sampson <david@davidsampsonlaw.com>
**Cc:** amanda@davidsampsonlaw.com
**Subject:** Re: Melnek Stipulation of Dismissal

WARNING - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Please have the stipulation reflect that this is a partial dismissal and that all claims against the remaining Defendants shall continue.

Thank you,

On Tue, Nov 18, 2025 at 1:20 PM Diana L. Collins <dlcollins@ag.nv.gov> wrote:

> Hello Dave,
>
> Please see the attached Stipulation of Dismissal. Would you please add your signature and return so that I may file with the court? Thank you.
>
> Diana L. Collins
>
> Deputy Attorney General – Health & Human Services Division
>
> Office of the Nevada Attorney General
>
> 1 State of Nevada Way, Suite 100
>
> Las Vegas, Nevada 89119
>
> P: (702) 486-3107; F: (702) 486-3871
>
> dlcollins@ag.nv.gov



# David Sampson, Esq.

**Certified Personal Injury Specialist**

**Trial Lawyer of the Year**

The Law Office of David Sampson, LLC.

630 S. 3rd St.

Las Vegas NV  89101

Phone: (702) 605-1099

Fax: (888) 209-4199



The sender of this confidential communication intends it to be privileged pursuant to applicable law. This email message, including any attachments, may contain material that is confidential, privileged, attorney work product and/or otherwise exempt from disclosure under applicable law, and is intended for the sole use of the intended recipient, regardless of whom it is addressed to. Any receipt, review, reliance, distribution, forwarding, copying, dissemination or other use of this communication by any party other than the intended recipient or its employees, officers and/or agents, without the express permission of the sender is strictly prohibited. If you are not the intended recipient and have received this message, please immediately contact the sender and destroy any and all contents.

This communication in no way constitutes an attorney/client agreement, and no such attorney/client relationship arises unless and until an attorney/client contract is signed by the attorney and client.

Thank you.

*** Awarded Trial Lawyer of the Year by The Nevada Reptile Trial Lawyers 2017 ***

# David Sampson, Esq.
**Certified Personal Injury Specialist**
**Trial Lawyer of the Year**
The Law Office of David Sampson, LLC.
630 S. 3rd St.
Las Vegas NV  89101
Phone: (702) 605-1099
Fax: (888) 209-4199



The sender of this confidential communication intends it to be privileged pursuant to applicable law. This email message, including any attachments, may contain material that is confidential, privileged, attorney work product and/or otherwise exempt from disclosure under applicable law, and is intended for the sole use of the intended recipient, regardless of whom it is addressed to. Any receipt, review, reliance, distribution, forwarding, copying, dissemination or other use of this communication by any party other than the intended recipient or its employees, officers and/or agents, without the express permission of the sender is strictly prohibited. If you are not the intended recipient and have received this message, please immediately contact the sender and destroy any and all contents.

This communication in no way constitutes an attorney/client agreement, and no such attorney/client relationship arises unless and until an attorney/client contract is signed by the attorney and client.

Thank you.

*** Awarded Trial Lawyer of the Year by The Nevada Reptile Trial Lawyers 2017 ***