LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
***Attorneys for Defendants,***
***Las Vegas Metropolitan Police Department and***
***Joseph Lombardo***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY MELNEK,<br><br>                    Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, CODY PHINNEY, JO MALAY, and DOES I – V, and ROE CORPORATIONS I – V, inclusive<br><br>                    Defendants. | CASE NO. 2:23-cv-1303-GMN-EJY<br>CASE NO. 2:24-cv-1271-CDS-MDC<br><br><br>**SUBSTITUTION OF ATTORNEYS** |
| TROY MELNEK,<br><br>                    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, CODY PHINNEY, JO MALAY, and DOES I – V, and ROE CORPORATIONS I – V, inclusive<br><br>                    Defendants. | |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 1 of 4

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas Metropolitan Police Department and Joseph Lombardo ("LVMPD Defendants") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 23rd day of June, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

**Attorneys for Defendants,**
**Las Vegas Metropolitan Police Department and**
**Joseph Lombardo**

DATED this 23rd day of June, 2026.

We hereby consent to the substitution.

Las Vegas Metropolitan Police Department and Joseph Lombardo

By:    /s/ Matthew Christian
Name:  Matthew Christian
Assistant General Counsel for Las Vegas Metropolitan Police Department

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 23rd day of June, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:        June 23, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 3 of 4